Madison Sash & Door Company, appellee, v. Frank Porter Lumber Company and Frederick L. Brown, trading as Frederick L. Brown Lumber Company, defendants, on appeal of Frank Porter Lumber Company, appellant. Gen. No. 33,192.

 Opinion

filed April 30, 1929. Rehearing denied May 13, 1929.

Philip H. Treacy, for appellant. Joseph B. Lawler, for appellee.

Mr. Justice Barnes delivered the opinion of the court.